UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDRE SMITH-LOVEJOY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　Defendants. | Case No.: 3:17-CV-00665-RCJ-VPC<br><br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION (ECF NO. 3) |

　　　The Court has considered the Report and Recommendation of United States Magistrate (ECF No. 3) entered on April 4, 2018, in which the Magistrate Judge recommends the Court grant Plaintiff's IFP (ECF No. 1); the Clerk file Plaintiff's Complaint (ECF No. 1-1); dismiss Defendants claims against the State of Nevada, Nike Shoe Company, Smith's Food and Drug Stores with prejudice and claims against the United States be dismissed without prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby,

　　　ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF No. 3).

///

IT IS HEREBY ORDERED that Plaintiff's Application to proceed *In Forma Pauperis* (ECF No. 1) is GRANTED.

IT IS FURTHER ORDERED that the Clerk shall file Plaintiff's Complaint (ECF No. 1-1).

IT IS FURTHER ORDERED that Plaintiff's claims against the STATE OF NEVADA, NIKE SHOE COMPANY, and SMITH'S FOOD AND DRUG STORES are DISMISSED WTH PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's claims against the UNITED STATES are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Clerk of the Court shall close the case.

IT IS HEREBY ORDERED this 11th day of May, 2018.

_____
ROBERT C. JONES